**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<br>

AI QING LIN,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No. 11-71579

Agency No. A088-132-280

MEMORANDUM<sup>*</sup>

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 12, 2016<sup>**</sup>
Honolulu, Hawaii

Before: GRABER, BYBEE, and CHRISTEN, Circuit Judges.

Ai Qing Lin petitions for review of the Board of Immigration Appeals'

(BIA) decision denying his application for asylum and withholding of removal.

We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The BIA upheld the IJ's finding that Lin was not credible and denied Lin's asylum and withholding of removal application for that reason. We affirm the BIA's decision because the evidence does not "compel[] a contrary result." *Jie Cui v. Holder*, 712 F.3d 1332, 1336 (9th Cir. 2013). The BIA correctly noted that "the respondent's testimony is replete with inconsistencies." For example, Lin testified to the asylum officer that he was detained for 15 days after a dispute with family planning officials. But he later testified to the IJ that the 15-day detention occurred when he was much younger and was for religious reasons.

We also affirm the BIA's decision to deem Lin's application for relief under the Convention Against Torture waived. Lin previously withdrew that application.

PETITION DENIED.